PETER J. VANDERBILT, RESPONDENT, *v.* JOHN
SCHREYER, APPELLANT.

Order modified as directed in opinion, without costs to either party.

Opinion PER CURIAM.

---

THE PEOPLE OE THE STATE OF NEW YORK *ex rel.*
THE CENTRAL CROSSTOWN RAILROAD COMPANY
OF NEW YORK *v.* THE COMMISSIONERS OF TAXES
AND ASSESSMENTS FOR THE CITY AND COUNTY
OF NEW YORK, RESPONDENTS.

Writ quashed, and proceedings affirmed, with costs.

Opinion PER CURIAM.

---

H. O. BERNARD AND OTHERS, RESPONDENTS, *v.* AMELIA
BAGLIN, APPELLANT, IMPLEADED, &c.

Appeal from order directing attachment to issue dismissed, with $10 costs.

---

H. O. BERNARD AND OTHERS, RESPONDENTS, *v.* AMELIA
BAGLIN, APPELLANT, IMPLEADED, &c.

Appeal from order directing interrogatories to be filed, dismissed, with $10 costs.

---

H. O. BERNARD AND OTHERS, RESPONDENTS, *v.* AMELIA
BAGLIN, APPELLANT, IMPLEADED, &c.

SAME *v.* SAME.

Orders convicting the defendant Amelia Baglin of contempt, reversed, without costs; order made directing a continuance of the investigation, upon the motion to punish her, before a referee to be appointed by the Special Term, to take the cross-examination of the defendants, and of Evarts, and the further proofs indicated in the opinion and to report with his opinion to the Special Term, when the motion to punish can be again brought up for final disposition.

Opinion PER CURIAM.